In the Matter of the Claim of NICHOLAS KIRILOFF, Appellant, against A. G. W. WET WASH LAUNDRY, INC., and NEW YORK INDEMNITY COMPANY, THE STATE

SUPERINTENDENT OF INSURANCE, as Liquidator of the NEW YORK INDEMNITY COMPANY, and Others, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion by Special Funds Conservation Committee, intervening petitioner, for order directing return of remittitur, withdrawing opinion and remitting matter to State Industrial Board for a rehearing, or for a reargument. Motion by Attorney-General for reargument upon the record and affidavits or for reconsideration of determination and an order remitting matter to State Industrial Board for a new trial. Motions denied, with ten dollars costs in each action. [See 257 App. Div. 37.] Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.